Henry Heller, Respondent, v. William M. Clayton and Others, Defendants, and Samuel J. Mittelman, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

Fred Hey, Respondent, v. New York Telephone Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Application and Petition of The City of New York to Acquire Certain Real Estate at Mohansic Lake and Little Mohansic Lake, in the Town of Yorktown, Westchester County, New York, under the Greater New York Charter and Pursuant to Chapter 543 of the Laws of 1925, to Be Acquired for the Sanitary Protection of the Water Supply of the City of New York. The City of New York, Appellant; James J. Mead, Individually and as General Guardian of Eleanor Elizabeth Cornwell and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Petition of Henry D. Holden, as General Guardian of Madeleine de Sylvia Holden, an Infant, for an Order Directing Hiram E. Meeker, as Receiver of First National Bank in Mamaroneck, to Turn over to Petitioner, Jointly with William O. Clark, Clerk of This Court, the Funds of Said Infant. Hiram E. Meeker, as Receiver of First National Bank in Mamaroneck, Appellant; Henry D. Holden, as General Guardian of Madeleine de Sylvia Holden, an Infant, etc., Respondent.— Motion for leave to appeal to the Court of Appeals granted and the following question certified: On the facts presented did the Surrogate's Court have jurisdiction and authority to direct the receiver of the First National Bank in Mamaroneck to pay over to the guardian and " co-guardian " of the infant the money deposited in the bank to their account? Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ. [See ante, p. 845.]

John Jicha, Respondent, v. Francis J. Koch, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

Maude Kierstedt, Appellant, v. Stefano Lopiccolo and Others, etc., Defendants, and Manufacturers Trust Company, Respondent.— Motion granted to require respondent to receive the affidavits of the plaintiff and her attorney, both verified on November 11, 1933, in reference to the $6,000 item; and motion granted to modify and resettle order dated November 3, 1933, so as to permit plaintiff to submit affidavits in respect to the receipts given to appellant by the Roosevelt Savings Bank for the money with which she claims to have paid for the bond and mortgage in question, and by Mr. Sacks for the $6,000 alleged to have been given to him by appellant. Present — Young, Hagarty, Tompkins and Davis, JJ.; Lazansky, P. J., not voting.